# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 18-13469-ELF

TODD D POLIN
HEATHER E POLIN
328 N PENN STREET

HATBORO, PA 19040-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    TODD D POLIN
    HEATHER E POLIN
    328 N PENN STREET

    HATBORO, PA 19040-

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

/S/ William C. Miller

Date: 10/18/2018

William C. Miller, Esquire
Chapter 13 Standing Trustee