# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Todd D. Polin
      Heather E. Polin

                Debtors

Ditech Financial LLC

                Movant

      vs.

Todd D. Polin
Heather E. Polin

                Respondents

CHAPTER 13

NO. 18-13469 ELF

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of Ditech Financial LLC, which was filed with the Court on or about August 23, 2018 (Document No. 16).

                Respectfully submitted,

                By: **/s/ Kevin G. McDonald, Esquire**
                Kevin G. McDonald, Esquire
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA  19106
                215-627-1322
                Attorney for Movant/Applicant

January 22, 2019