IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : |
| Todd D. Polin | :  Chapter 13 |
| Heather E. Polin | : |
| | :  Case No. 18-13469ELF |
| Debtor(s) | : |

### CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading or request for a hearing has been filed in response to the Attorney Application for Compensation filed at Docket Number 35.


Dated: __February 7, 2019__          __/s/ Brad J. Sadek, Esquire__
                                     Brad J. Sadek, Esquire
                                     Sadek and Cooper
                                     1315 Walnut Street, Suite 502
                                     Philadelphia, PA 19107
                                     215-545-0008