**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 18-13469** |
| **Todd D. Polin** | : | **Chapter 13** |
| **Heather E Polin** | : | **Judge Eric L. Frank** |
| | : | ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ |
| **Debtor(s)** | | |
| | : | |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | : | **Date and Time of Hearing** |
| | : | **October 29, 2019 at 9:30 a.m.** |
| **Movant,** | : | |
| vs | : | **Place of Hearing** |
| | : | **U.S. Bankruptcy Court** |
| **Todd D. Polin** | : | **900 Market Street, Courtroom #1** |
| **Heather E Polin** | : | **Philadelphia, PA, 19107** |
| | : | |
| **William C. Miller** | | **Related Document # 61** |
| **Respondents.** | | |

## ORDER OF COURT

AND NOW, to wit, this  29th  day of  October , 2019, upon consideration of the foregoing Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay (Doc. # 64), it is hereby **ORDERED** that the Stipulation is **APPROVED**.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**

United States Trustee, Office of the U.S. Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106 (notified by ecf)

William C. Miller, Chapter 13 Trustee, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105 (notified by ecf)

Brad J. Sadek, Attorney for Debtor, Sadek and Cooper, 1315 Walnut Street, Suite 502, Philadelphia, PA  19107 (notified by ecf)

Todd D. Polin and Heather E Polin, Debtor, 328 N. Penn Street, Hatboro, PA  19040 (notified by regular US Mail)