United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Todd D. Polin  
Heather E Polin  
      Debtors

Case No. 18-13469-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: SaraR                    Page 1 of 1                    Date Rcvd: Sep 21, 2020
                            Form ID: pdf900               Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2020.
db/jdb          +Todd D. Polin,    Heather E Polin,    328 N. Penn Street,    Hatboro, PA 19040-4808

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 22 2020 04:07:03
                  Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                  Oklahoma City, OK 73118-7901
cr              +E-mail/PDF: gecsedi@recoverycorp.com Sep 22 2020 04:07:44      Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 2

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2020 at the address(es) listed below:
      BRAD J. SADEK    on behalf of Joint Debtor Heather E Polin brad@sadeklaw.com,   bradsadek@gmail.com
      BRAD J. SADEK    on behalf of Debtor Todd D. Polin brad@sadeklaw.com,   bradsadek@gmail.com
      JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com
      KARINA VELTER    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto
               amps@manleydeas.com
      KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
      KEVIN G. MCDONALD    on behalf of Creditor    LOAN CARE SERVICING CENTER, INC
               bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ    on behalf of Creditor    LOANCARE LLC bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ    on behalf of Creditor    LOAN CARE SERVICING CENTER, INC
               bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    TODD D. POLIN | : | |
|    HEATHER E. POLIN, | : | |
|            Debtors | : | Bky. No. 18-13469 ELF |

# A M E N D E D   O R D E R

**AND NOW,** upon consideration of the Debtors' Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors' Amended Chapter 13 Plan (Doc. #80) is **APPROVED**.

3. This order supersedes the order dated September 18, 2020.

Date:  September 21, 2020

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**