United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Todd D. Polin  
Heather E Polin  
    Debtor(s)

Case No. 18-13469-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Adminstra     Page 1 of 2  
Date Rcvd: Oct 30, 2020     Form ID: pdf900     Total Noticed: 3

The following symbols are used throughout this certificate:  
**Symbol**  **Definition**  
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Todd D. Polin, Heather E Polin, 328 N. Penn Street, Hatboro, PA 19040-4808 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Oct 31 2020 01:14:02 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Oct 31 2020 01:14:02 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| jdb | *+ | Heather E Polin, 328 N. Penn Street, Hatboro, PA 19040-4808 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 01, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2020 at the address(es) listed below:

**Name**      **Email Address**

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 2 of 2 |
| Date Rcvd: Oct 30, 2020 | Form ID: pdf900 | Total Noticed: 3 |

BRAD J. SADEK
    on behalf of Joint Debtor Heather E Polin brad@sadeklaw.com  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com

BRAD J. SADEK
    on behalf of Debtor Todd D. Polin brad@sadeklaw.com  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com

JASON BRETT SCHWARTZ
    on behalf of Creditor Capital One Auto Finance jschwartz@mesterschwartz.com

KARINA VELTER
    on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com

KEVIN G. MCDONALD
    on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com

KEVIN G. MCDONALD
    on behalf of Creditor LOAN CARE SERVICING CENTER  INC bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor LOANCARE LLC bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor LOAN CARE SERVICING CENTER  INC bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Todd D. Polin | : | Chapter 13 |
| Heather E. Polin | : | |
| Debtor(s) | : | Case No. 18-13469-ELF |

### ORDER

**AND NOW**, upon consideration of the Supplemental Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $1,000.00.

**Dated:** 10/30/20

ERIC L. FRANK
U.S. Bankruptcy Judge