**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Todd D. Polin** | : | **Case No.: 18-13469** |
| **Heather E Polin** | : | **Chapter 13** |
| | : | **Judge Eric L. Frank** |
| **Debtor(s).** | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

**WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR**

Now comes **Sarah E. Barngrover**, who shall be substituted for **Karina Velter** as counsel of record for creditor **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** ("Creditor").

**Karina Velter** is no longer counsel for Creditor.

/s/ Karina Velter
Karina Velter (94781)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181

/s/ Sarah E. Barngrover
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
sebarngrover@manleydeas.com

19-034214_PS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 18-13469** |
| **Todd D. Polin** : | **Chapter 13** |
| **Heather E Polin** : | **Judge Eric L. Frank** |
| : | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** : | |
| : | |
| **Wells Fargo Bank, N.A., d/b/a Wells** : | **Related Document #** |
| **Fargo Auto** : | |
| **Movant,** : | |
| **vs** : | |
| : | |
| **Todd D. Polin** : | |
| **Heather E Polin** : | |
| : | |
| **William C. Miller, Esq.** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of

Appearance of Counsel for Creditor was served on the parties listed below via e-mail

notification:

  Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

  William C. Miller, Esq., Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105, ecfemails@ph13trustee.com

  Brad J. Sadek, Attorney for Todd D. Polin and Heather E Polin, Sadek and Cooper, 1315 Walnut Street, Suite 502, Philadelphia, PA  19107, brad@sadeklaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 8, 2021:

  Todd D. Polin and Heather E Polin, 328 N. Penn Street, Hatboro, PA  19040


DATE: <u>March 8, 2021</u>

                                            /s/ Sarah E. Barngrover
                                            Sarah E. Barngrover, Esquire (323972)


19-034214_PS

Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E. Barngrover.
Contact email is sebarngrover@manleydeas.com

19-034214_PS