**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Todd D. Polin<br>Heather E. Polin<br><u>Debtor(s)</u><br><br>LOAN CARE SERVICING CENTER, INC<br><u>Moving Party</u><br>vs.<br><br>Todd D. Polin<br><br>Heather E. Polin<br><u>Debtor(s)</u><br><br>and William C. Miller Esq.<br><u>Trustee</u> | Chapter 13<br><br><br>NO. 18-13469 ELF<br><br><br>11 U.S.C. Section 362 |

## CERTIFICATION OF DEFAULT

    I, Rebecca A. Solarz, Esquire, attorney for Moving Party, certify that Debtor(s) has/have defaulted upon the terms of the Stipulation. It is further certified that the attached notice dated May 05, 2021 was served upon the Debtor(s) and Debtor's Attorney on said date. Subsequent to said notice, the Debtor(s) has/have failed to cure the default.  Accordingly, the Court shall enter the attached Order granting the Moving Party relief from the automatic stay.

                                       **/s/ Rebecca A. Solarz, Esquire**
                                       Rebecca A. Solarz, Esquire
                                       KML Law Group, P.C.
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106-1532
                                       (215) 627-1322 FAX (215) 627-7734
                                       Attorneys for Movant/Applicant

June 17, 2021