# IN THE UNITED STATES BANKRUPTCY COURT
## OF THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Todd. D. Polin | : | |
| Heather E. Polin | : | Case No.: 18-13469-ELF |
| Debtor(s) | : | |

## PRAECIPE TO WITHDRAW

Kindly withdraw the *Objection to Certificate of Default* filed at Docket Entry #92.

DATED: 7/19/2021                    BY:   */s/ Brad J. Sadek*
                                                 Brad J. Sadek, Esq.
                                                 Sadek and Cooper Law Offices
                                                 1315 Walnut Street, Suite 502
                                                 Philadelphia, PA 19107
                                                 215-545-0008
                                                 Attorney for Debtors