# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Todd D. Polin<br>Heather E. Polin<br>　　　　　　　Debtor(s) | Chapter 13 |
| LOAN CARE SERVICING CENTER, INC<br>　　　　　v.<br>Todd D. Polin<br>Heather E. Polin<br>　　　　　and<br>William C. Miller Esq.<br>　　　　　Trustee | NO. 18-13469 ELF |

## ORDER

AND NOW, this 20th day of July, 2021 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on August 3, 2020 it is **ORDERED** that:

The automatic stay under 11 U.S.C. Sections 362 and 1301 is modified to allow LOAN CARE SERVICING CENTER, INC and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 328 North Penn Street Hatboro, PA 19040.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**