UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
TODD D POLIN  
HEATHER E POLIN

Chapter 13

Debtor

Bankruptcy No. 18-13469-ELF

# ORDER

AND NOW, this __6th__ day of __December__, 202<u>2</u>, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____  
Honorable Eric L. Frank  
Bankruptcy Judge

Kenneth E. West, Trustee  
P.O. Box 40837  
Philadelphia, PA  19107

Debtor's Attorney:  
BRAD J. SADEK ESQ  
SADEK AND COOPER LAW FIRM  
1500 JFK BLVD., SUITE 220  
PHILADELPHIA, PA 19102-

Debtor:  
TODD D POLIN  
HEATHER E POLIN  
328 N. PENN STREET

HATBORO, PA 19040-