United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Todd D. Polin  
Heather E Polin  
    Debtors

Case No. 18-13469-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Dec 06, 2022      Form ID: pdf900      Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Todd D. Polin, Heather E Polin, 328 N. Penn Street, Hatboro, PA 19040-4808 |
| 14171057 | + | AR Williams Properties, LLC, Tucker Arensberg, P.C., Attn: Allison L. Carr, 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 14112737 | + | AR Williams Properties, LLC, C/O Brett Solomon, Esq., 1500 One PPG Place, Pittsburgh, PA 15222-5416 |
| 14112739 | | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709 |
| 14169598 | | Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 14327894 | + | Ditech Financial LLC, C/O KEVIN G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14122494 | + | Four Seasons Investments, LLC, PO Box 213, Wynnewood, PA 19096-0213 |
| 14394902 | + | Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 07 2022 00:20:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 07 2022 00:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 07 2022 00:20:07 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Dec 07 2022 00:19:40 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14112738 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Dec 07 2022 00:20:07 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14124700 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 07 2022 00:19:40 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 14114699 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 07 2022 00:19:56 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14165904 | | Email/PDF: bncnotices@becket-lee.com | Dec 07 2022 00:19:56 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14112740 | ^ | MEBN | Dec 07 2022 00:14:03 | Financial Recoveries, Attn: Bankruptcy, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 14112741 | + | Email/Text: PBNCNotifications@peritusservices.com | | |

Case 18-13469-elf    Doc 106    Filed 12/08/22    Entered 12/09/22 00:34:30    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 06, 2022 | Form ID: pdf900 | Total Noticed: 27 |

| | | | | |
|---|---|---|---|---|
| | | | Dec 07 2022 00:20:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14352759 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | | |
| | | | Dec 07 2022 00:20:00 | LoanCare, LLC, P.O. Box 8068, Virginia Beach VA 23450-8068 |
| 14112743 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Dec 07 2022 00:19:41 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14169616 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Dec 07 2022 00:19:41 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14114678 | + | Email/PDF: rmscedi@recoverycorp.com | | |
| | | | Dec 07 2022 00:19:40 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14112744 | | Email/Text: bncmail@w-legal.com | | |
| | | | Dec 07 2022 00:20:00 | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 14176588 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Dec 07 2022 00:19:41 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14112745 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Dec 07 2022 00:20:00 | Verizon, Attn: Wireless Bankrupty Admin, 500 Technology Dr Ste 500, Weldon Springs, MO 63304-2225 |
| 14171405 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Dec 07 2022 00:19:56 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, P.O. Box 19657, Irvine, CA 92623-9657 |
| 14112746 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Dec 07 2022 00:19:40 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14112742 | ##+ | Madison Managment Services, LLC, 400 Morris Ave. STE 222, Denville, NJ 07834-1372 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2022        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com |
| BRAD J. SADEK | on behalf of Debtor Todd D. Polin brad@sadeklaw.com |

Case 18-13469-elf    Doc 106    Filed 12/08/22    Entered 12/09/22 00:34:30    Desc
Imaged Certificate of Notice    Page 3 of 4

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 06, 2022 | Form ID: pdf900 | Total Noticed: 27 |

| | |
|---|---|
| BRAD J. SADEK | bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| | on behalf of Joint Debtor Heather E Polin brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor LOAN CARE SERVICING CENTER INC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor LOANCARE LLC bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Capital One Auto Finance jschwartz@friedmanvartolo.com bankruptcy@friedmanvartolo.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor LOAN CARE SERVICING CENTER INC bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 11

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    Chapter 13
TODD D POLIN
HEATHER E POLIN

            Debtor           Bankruptcy No. 18-13469-ELF

## ORDER

AND NOW, this ___6th___ day of ___December___, 202*2*, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

                                          _____
                                          Honorable Eric L. Frank
                                          Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK AND COOPER LAW FIRM
1500 JFK BLVD., SUITE 220
PHILADELPHIA, PA 19102-

Debtor:
TODD D POLIN
HEATHER E POLIN
328 N. PENN STREET

HATBORO, PA 19040-